# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 23-mj-133 (GMH) |
| : | |
| **DUSTIN MARTIN,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Alexander M. Diamond is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Alexander Diamond*
ALEXANDER M. DIAMOND
NY Bar No. 5684634
Assistant United States Attorney
District of Columbia
601 D St. NW
Washington, DC 20530
(202) 506-0427
Alexander.Diamond@usdoj.gov